Case 7:19-cr-00685-VB   Document 32   Filed 11/12/19   Page 1 of 1

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 12, 2019

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York   10601

APPLICATION GRANTED  
SO ORDERED:  
_/s/ VLB_  
Vincent L. Briccetti, U.S.D.J.  
Dated: 11/13/2019  
White Plains, NY

re: *United States v. Mark Garcia*  
19-cr-685 (VLB)

Dear Judge Briccetti:

    This letter is an application to modify bail conditions for Mark Garcia to permit him to travel from Kansas to the Southern District of New York from November 25 to December 4, 2019, in order to allow him to spend time with his family over the Thanksgiving holiday and also to meet and confer with myself, his counsel.

    Mr. Garcia's bail conditions include a personal recognizance bond secured by two financially-responsible cosigners plus a third cosigner. His bail conditions include confinement to McConnell Air Force base (enforced by electronic monitoring) with limited local travel to attend to personal matters as approved by the Wichita pretrial services office, and travel permitted to New York for court appearances and attorney conferences. He has made prior trips to New York for attorney conferences and court appearances, without incident. While in New York he is required to reside with his father in the Bronx.

    The government, per AUSA James Ligtenberg, and the pretrial services office, by Vincent Adams, advise me that they have no objection to this request.

                                          Very truly yours,  
                                          /s/ *Theodore S. Green*  
                                        Theodore S. Green

cc: AUSA James Ligtenberg  
    Vincent Adams, Pretrial Services Officer, White Plains  
    Josefina Durham, Pretrial Services Officer, Wichita