# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  
RICHARD D. WILLSTATTER

(914) 948-5656  
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

December 6, 2019

Hon. Vincent L. Briccetti  
United States District Court  
300 Quarropas Street  
White Plains, New York 10601

    re: *United States v. Mark Garcia*  
        19-cr-685 (VB)

Dear Judge Briccetti:

    This letter is an application to modify the bail conditions for Mark Garcia to provide that he reside with his father in Bronx, New York, as opposed to residing at McConnell Air Force Base in Kansas. The reason for the request is that Mr. Garcia was discharged from the service yesterday. Mr. Garcia continues to wear an electronic monitor, which had been initially requested by pretrial services in order to enforce Garcia' base restrictions. In light of the change in circumstances, I am planning to make a followup request to modify or lift that condition, but I will need time to confer with the government. In the meantime, I have advised the client to comply with any directives of the pretrial services office.

                                Very truly yours,

                                /s/  
                                Theodore S. Green

cc: AUSA James Ligtenberg  
    (914) 993-1953

---

APPLICATION GRANTED  
SO ORDERED:  
/s/ Vincent L. Briccetti  
Vincent L. Briccetti, U.S.D.J.  
Dated: 12/6/19  
White Plains, NY