# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

December 19, 2019

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York  10601

>  APPLICATION GRANTED
>  SO ORDERED:
>  
>  _____
>  Vincent L. Briccetti, U.S.D.J.
>  Dated: 12/20/19
>  White Plains, NY

re: *United States v. Mark Garcia.* 19-cr-685 (VB)

Dear Judge Briccetti:

This letter is an application to modify the location monitoring conditions for Mark Garcia to provide for a curfew with the curfew hours set by pretrial, in order to accommodate prospective employment. Mr. Garcia wishes to work for a videography business owned by his father. The business is based at the Bronx home where Mr. Garcia resides with his father, but involves travel within the SDNY and EDNY to different locations for various projects.  I am advised by Mr. Garcia's pretrial services officer, Bernisa M. Mejia, that her office does not object to this modification since it is for employment purposes. I have informed AUSA James Ligtenberg and AUSA Benjamin Gianforti that I am seeking this modification and I have not yet been advised of their position.

Very truly yours,
/s/ *Theodore S. Green*
Theodore S. Green

cc: AUSA James Ligtenberg
    Bernisa M. Mejia, U.S. Pretrial Services Office, SDNY - Manhattan