

THEODORE S. GREEN
RICHARD D. WILLS

January 22, 2020

Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, New York

> APPLICATION GRANTED:
> Although the government's opposition to this request is not unreasonable, after consulting with defendant's pretrial services officer, the Court concludes that the curfew/location monitoring condition can safely be removed. Defendant has been compliant with the conditions of his release, has followed the recommendations of his pretrial services officer, and has a stable residence in his father's home. Moreover, his employment with his father's videography business has been verified. The pretrial services officer shall have discretion to permit defendant to stay overnight at his mother's home in Spring Valley, NY, while she recovers from surgery, so long as he maintains his authorized residence with his father in the Bronx. All other conditions of release shall remain in effect.
> SO ORDERED:
> /s/ Vincent L. Briccetti    1/24/20
> Vincent L. Briccetti, U.S.D.J.    Date

re: *United States v. Mark Garcia.* 19-cr-685 (VB)

Dear Judge Briccetti:

This letter is an application to remove the curfew and electronic monitoring conditions of Mark Garcia's bail. I am advised by Pretrial Services Officer John Moscato that his office has no objection to this removal. I had notified the government of my intention to make this application but have not yet been advised of the government's position.

Mr. Garcia has been on monitoring for more than six months and has a good record of compliance. He has been scrupulous about contacting me to obtain Court authorization whenever he has sought modifications to his bail conditions. He is in a stable living situation with his father, has been employed in his father's business and is also seeking other employment.

The defendant also asks that the Court authorize the pretrial services office, in its discretion, to permit Mr. Garcia to have some overnight visits at the home of his mother in Spring Valley, New York, while maintaining his current authorized residence with his father in the Bronx. The reason for this request is that Mr. Garcia's mother is expected to undergo surgery this week and Mr. Garcia wishes to be with her while she recovers. The government advises me that it does not object to this part of the application.

Very truly yours,
/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)
U.S. Pretrial Services Officer John Moscato