# Green & Willstatter
### Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green
Richard D. Willstatter

> APPLICATION GRANTED
> Change of plea proceeding adjourned to **2/3/2020 at 4:00 p.m.**, to be conducted in person in the courthouse.
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
> _____
> Vincent L. Briccetti, U.S.D.J.          11/30/2020

November 30, 2020

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York   10601

    re: *United States v. Mark Garcia.* 19-cr-685 (VB)

Dear Judge Briccetti:

    This letter is an application on behalf of Mark Garcia, and on consent of and with the concurrence of the government, to adjourn the change-of-plea proceeding currently scheduled for December 3, 2020, to at least January 2021. We are seeking the adjournment due to the current worsening pandemic conditions and our understanding that in-person proceedings should not now be conducted unless absolutely necessary.  The parties agree that this should be an in-person proceeding, particularly inasmuch as Mr. Garcia is not detained.

    In terms of availability, we ask that the Court avoid January 6 from 11:00 a.m to noon, January 13 from 11:30 to 12:30 p.m., January 14 before 1:00 p.m., and January 21 from 3:00 p.m. to 4:00 p.m.

                              Very truly yours,
                              /s/ *Theodore S. Green*
                              Theodore S. Green

cc: All counsel (by ECF).