UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

_USA_
,
                                    Plaintiff(s),

v.

_Mark Garcia_
                                    Defendant(s).
-------------------------------------------------------x

**CALENDAR NOTICE**

_19CR685-1_ (VB)

~~PLEASE TAKE NOTICE~~ that the above-captioned case has been ~~scheduled/~~
re-scheduled for:

✓ Status conference ( Plea )          ___ Final pretrial conference

___ Telephone conference              ___ Jury selection and trial

___ Pre-motion conference             ___ Bench trial

___ Settlement conference             ___ Suppression hearing

___ Oral argument                     ___ Plea hearing

___ Bench ruling on motion            ___ Sentencing

on _4-21-_, 20_21_, at _3:30 Pm_ in Courtroom 620, United States
Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _2-3-21_

   **All requests for adjournments or extensions of time must be in writing and
filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's
Individual Practices.  Absent special circumstances, such requests shall be made at
least two business days prior to the scheduled appearance.

Dated: _1-12-_, 20 _21_
        White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge